UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,          Case No: 89-71595

vs.                                  Hon. Patrick J. Duggan
                                       Claim No. C-5042

ROBERT C. BAXAENDALE,
SS# XXX-XX-5118

          Defendant.
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal Defendant upon receipt of this document.

                      s/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: March 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2009, by electronic and/or ordinary mail.

                      s/Marilyn Orem
                      Case Manager